IN THE UNITED STATES DISTRICT COURT FOR THE

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA and DENNIS SHARI, Revenue Agent, )<br>)<br>Petitioners, )<br>)<br>v. )<br>)<br>MICHAEL T. WELCH, )<br>)<br>Respondent. )<br>———————————————— ) | No. C-05-0839-MMC<br><br><br><br>**ORDER TO SHOW CAUSE RE: CONTEMPT** |

Good cause having been shown by the United States upon its Application For Entry of Order To Show Cause Re: Contempt, and the Declaration of Thomas Moore, it is hereby

**ORDERED** that respondent appear in person before this Court on the __22nd__ day of __July__, 2005, at __9:00 a__.m., in Courtroom No.7, 19th Floor, United States Courthouse, 450 Golden Gate Avenue, San Francisco, California, and then and there show cause, if any he has, why he should not be held in contempt for his failure to comply with the Order Granting Petition to Enforce IRS Summons dated March 30, 2005; and it is further

**ORDERED** that a copy of this Order to Show Cause Re: Contempt be served upon said respondent and his counsel by United States mail at least thirty-five (35) days before the return date of this Order above specified; and it is further

**ORDERED** that within twenty-eight (28) days before the return date of this Order, the respondent may file and serve a written response to the Order To Show Cause Re: Contempt, supported by appropriate affidavit(s) or declaration(s) in conformance with 28 U.S.C. Subsection 1746, as well as any motions he desires to make; that the petitioner may file and serve a written reply to such response, if any, within fourteen (14) days before the return date of this Order; that all motions and issues raised by the pleadings will be considered on the return date of this Order, and only those issues raised by motion or brought into controversy by the responsive pleadings and supported by affidavit(s) or declaration(s) will be considered at the return of this Order.

**ORDERED** this __24th__ day of _____May__, 2005, at San Francisco, California.

APPROVED
Judge Maxine M. Chesney

_____
UNITED STATES DISTRICT JUDGE