| | |
|---|---|
| 1 | KEVIN V. RYAN (CSBN.118321)<br>United States Attorney |
| 2 | JAY R. WEILL (CSBN. 75434)<br>Assistant United States Attorney |
| 3 | Chief, Tax Division<br>THOMAS MOORE (ASBN 4305-T78O) |
| 4 | Assistant United States Attorney<br>10th Floor Federal Building |
| 5 | 450 Golden Gate Avenue, Box 36055<br>San Francisco, California 94102 |
| 6 | Telephone: (415) 436-6935 |
| 7 | Attorneys for United States of America |

IN THE UNITED STATES DISTRICT COURT FOR THE

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA and<br>DENNIS SHARI, Revenue Agent, | ) | Case No. C-05-0839-MMC |
| Petitioners, | ) | |
| v. | ) | **STIPULATION TO DISMISS AND ORDER** |
| MICHAEL T. WELCH, | ) | |
| Respondent. | ) | |

It is hereby stipulated by and between petitioners and respondent, through the undersigned counsel, that this matter be dismissed with prejudice, each to bear their own costs and attorneys' fees.

KEVIN V. RYAN
United States Attorney

_____          /s/ Thomas Moore
ERIC NIXDORF                                            THOMAS MOORE
MOSKOWITZ, NIXDORF & CIU, LLP              Assistant United States Attorney
Attorneys for Michael T. Welch                      Tax Division
                                                                    Attorneys for Petitioners

**PURSUANT TO STIPULATION, IT IS SO ORDERED.** The Court's May 24, 2005 Order to Show Cause why respondent should not be held in contempt is hereby DISCHARGED.

Dated: June 21, 2005

UNITED STATES DISTRICT [JUDGE]

APPROVED
Judge Maxine M. Chesney

KEVIN V. RYAN (CSBN 118321)
United States Attorney
JAY R. WEILL (CSBN 75434)
Assistant United States Attorney
Chief, Tax Division
THOMAS MOORE (ASBN 4305-T78O)
Assistant United States Attorney
 10th Floor Federal Building
 450 Golden Gate Avenue, Box 36055
 San Francisco, California 94102
 Telephone: (415) 436-6935

Attorneys for United States of America

IN THE UNITED STATES DISTRICT COURT FOR THE

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

UNITED STATES OF AMERICA and ) Case No. C-05-0839-MMC
DENNIS SHARL, Revenue Agent, )
 )
 Petitioners, )
 )
 v. ) STIPULATION TO DISMISS AND ORDER
 )
MICHAEL T. WELCH, )
 )
 Respondent. )
_____ )

It is hereby stipulated by and between petitioners and respondent, through the undersigned counsel, that this matter be dismissed with prejudice, each to bear their own costs and attorneys' fees.

                                       KEVIN V. RYAN
                                       United States Attorney

ERIC NISDORF                 THOMAS MOORE
MOSKOWITZ, NISDORF & CIU, LLP    Assistant United States Attorney
Attorneys for Michael T. Welch        Tax Division
                                       Attorneys for Petitioners

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: _____

                                 UNITED STATES DISTRICT JUDGE